FILED

UNITED STATES DISTRICT COURT JUN -4 AM 10: 52
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION        MIDDLE D...... ..... ... FLORIDA
                                TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                        CASE NO.   8:13-CR-285 17 AEP
                                          18 U.S.C. § 342

PHILLIP LAVOIE

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about December 8, 2012, in the Middle District of Florida and

elsewhere,

PHILLIP LAVOIE,

the defendant herein, did knowingly operate a common carrier, to wit: Flight

Express Flight Number 840, while under the influence of alcohol.

In violation of Title 18, United States Code, Section 342.

ROBERT E. O'NEILL
United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section