UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:13-CR-285-T-17AEP

PHILLIP LAVOIE.

_____/

ORDER

This cause is before the Court on:

Dkt. 22   Motion for Early Termination of Probation
Dkt. 23   Response

Defendant Phillip Lavoie was charged with one count of Operation of a Common Carrier Under the Influence of Alcohol or Drugs, in violation of 18 U.S. C. Sc. 342. Defendant Phillip Lavoie entered in to a plea agreement (Dkt. 4). Defendant Lavoie was sentenced on September 17, 2013 to four years of probation, with a special condition of eight months home detention, and a fine of $2,000.00.

Defendant Lavoie requests early termination of probation. Defendant Lavoie argues that Defendant Lavoie has not had any violations, and has successfully satisfied all the terms and conditions of probation.

The Government opposes early termination of Defendant Lavoie's probation. The Government argues that neither the "interest of justice" nor the factors set forth in 18 U.S.C. Sec. 3553(a) justify the relief Defendant requests.

The Court may grant a motion for early termination of a sentence of probation only after considering the factors set forth in 18 U.S.C. Sec. 3553(a). See 18 U.S.C. Sec. 3564(a). The Court may grant a motion to terminate a term of probation in a

Case No. 8:13-CR-285-T-17AEP

felony case more than one year after its commencement if "it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." Id. After consideration, the Court adopts and incorporates by reference the reasons expressed in the Government's Response, and denies Defendant Lavoie's Motion for Early Termination of Probation. Accordingly, it is

**ORDERED** that Defendant Lavoie's Motion for Early Termination of Probation (Dkt. 22) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 8th day of August, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record